**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
**Case No. 2:09−bk−13689−SSC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

ERIC AGUIRRE
6733 NORTH 54TH DRIVE, #D
GLENDALE, AZ 85301

LORRAINE J AGUIRRE
6733 NORTH 54TH DRIVE, #D
GLENDALE, AZ 85301

Social Security / Individual Taxpayer ID No.:
xxx−xx−9219
xxx−xx−8979

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/26/10

Sarah Sharer Curley
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: brennerc              Page 1 of 2              Date Rcvd: Jan 26, 2010
Case: 09-13689                 Form ID: b18                Total Noticed: 31

The following entities were noticed by first class mail on Jan 28, 2010.
db/jdb      +ERIC AGUIRRE,    LORRAINE J AGUIRRE,    6733 NORTH 54TH DRIVE, #D,    GLENDALE, AZ 85301-3337
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ 85311-1737
tr          +LAWRENCE J. WARFIELD,    P.O. BOX 14647,    SCOTTSDALE, AZ 85267-4647
cr          +Bank of America, N.A. C/O Mark S. Bosco.,    TIFFANY & BOSCO, P.A.,    2525 E. CAMELBACK RD.,
              SUITE 300,    ESPLANADE II,    PHOENIX, AZ 85016-4237
8193825     +ASHLEY FURNITURE HOMESTORE,    PAYMENT PROCESSING CENTER,    PO BOX 54770,
              Los Angeles CA 90054-0770
8284271     +Arizona Specialty Physician BTMC,    PO BOX 29659,    Phoenix AZ 85038-9659
8566853     +BAC Home Loan Servicing, L.P.,    7105 Corporate Drive,    Plano, TX 75024-4100
8193827     +BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
8193826      BANK OF AMERICA,    P. O. B ox 9000,    Getzville NY 14068
8193832     +CANYON STATE CREDIT UNION,    1558 West Jackson,    Phoenix AZ 85007-3216
8193833     +CANYON STATE VISA,    P. O. Box 672051,    Dallas TX 75267-2021
8193834     +DESERT VALLEY PEDIATRICS, LTD.,    4137 North 108th Avenue,    Phoenix AZ 85037-5459
8284281     +Desert Valley Pediatrics LTD,    4137 N 108th Ave,    Phoenix AZ 85037-5459
8193835      Durango Park Homeowners Association,    PO BOX 62438,    Phoenix AZ 85082-2438
8193838     +Lupe Aguirre,    6733 North 54th Drive #A,    Glendale AZ 85301-3337
8193839     +Minnie Andrade,    6744 N 43rd Ave,    Glendale AZ 85301-3602
8193840      North Valley Emergency Specialists LLC,    PO BOX 53026,    Phoenix AZ 85072-3026
8193842      SAM'S DISCOVER CARD,    P. O. Box 960013,    Orlando FL 32896-0013
8193843     +Southwest Diagnostic Imaging Affiliate,    Valley Radiologists,    2323 W Rose Garden Lane,
              Phoenix AZ 85027-2530
8193845     +WELLS FARGO FINANCIAL,    P. O. Box 98791,    Las Vegas NV 89193-8791
8193847      WFFN/ Moon Valley Nursery,    P. O. Box 98796,    Las Vegas NV 89193-8796

The following entities were noticed by electronic transmission on Jan 26, 2010.
tr          +EDI: BLJWARFIELD.COM Jan 26 2010 19:43:00     LAWRENCE J. WARFIELD,    P.O. BOX 14647,
              SCOTTSDALE, AZ 85267-4647
smg          EDI: AZDEPREV.COM Jan 26 2010 19:43:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
cr          +EDI: AGFINANCE.COM Jan 26 2010 19:43:00     American General Finance,    P.O. Box 3121,
              Evansville, IN 47731-3121
8193824      EDI: AGFINANCE.COM Jan 26 2010 19:43:00     AMERICAN GENERAL FINANCE,    600 NORTH ROYAL AVENUE,
              EVANSVILLE IN 47715
8193828     +EDI: BANKAMER.COM Jan 26 2010 19:43:00     BANK OF AMERICA,    P. O. Box 1390,
              Norfolk VA 23501-1390
8193827     +EDI: BANKAMER2.COM Jan 26 2010 19:43:00     BANK OF AMERICA,    P. O. Box 15726,
              Wilmington DE 19886-5726
8193829      EDI: HFC.COM Jan 26 2010 19:43:00     BENEFICIAL NATIONAL BANK,    PO BOX 15518,
              Wilmington DE 19850-5518
8193830     +EDI: HFC.COM Jan 26 2010 19:43:00     BEST BUY/ RETAIL SERVICES,    P. O. Box 60148,
              City Of Industry CA 91716-0148
8193836      EDI: AMINFOFP.COM Jan 26 2010 19:43:00     FIRST PREMIER,    3820 North Louise Avenue,
              Sioux Falls SD 57107-0145
8193837     +EDI: RMSC.COM Jan 26 2010 19:43:00     GEMB/KIRKLANDS,    P. O. Box 981400,
              El Paso TX 79998-1400
8193844     +EDI: USAA.COM Jan 26 2010 19:43:00     USAA MASTERCARD,    P. O. Box 14050,
              Las Vegas NV 89114-4050
8193846     +EDI: WFFC.COM Jan 26 2010 19:43:00     WELLS FARGO FINANCIAL NATIONAL BANK,
              800 Walnut Street, F4030-04C,    Des Moines IA 50309-3891
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +BAC HOME LOAN SERVICING, L.P.,    +7105 Corporate Drive,    Plano, TX 75024-4100
8284270*    ++AMERICAN GENERAL,    P O BOX 3121,    EVANSVILLE IN 47731-3121
             (address filed with court: AMERICAN GENERAL FINANCE,    600 NORTH ROYAL AVENUE,
              EVANSVILLE IN 47715)
8284272*    +ASHLEY FURNITURE HOMESTORE,    PAYMENT PROCESSING CENTER,    PO BOX 54770,
              Los Angeles CA 90054-0770
8284275*    +BANK OF AMERICA,    P. O. Box 1390,    Norfolk VA 23501-1390
8284274*    +BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
8284273*     BANK OF AMERICA,    P. O. B ox 9000,    Getzville NY 14068
8284276*     BENEFICIAL NATIONAL BANK,    PO BOX 15518,    Wilmington DE 19850-5518
8284277*    +BEST BUY/ RETAIL SERVICES,    P. O. Box 60148,    City Of Industry CA 91716-0148
8193831*    +BEST BUY/RETAIL SERVICES,    P. O. Box 60148,    City Of Industry CA 91716-0148
8284278*    +BEST BUY/RETAIL SERVICES,    P. O. Box 60148,    City Of Industry CA 91716-0148
8284279*    +CANYON STATE CREDIT UNION,    1558 West Jackson,    Phoenix AZ 85007-3216
8284280*    +CANYON STATE VISA,    P. O. Box 672051,    Dallas TX 75267-2021
8284282*    +DESERT VALLEY PEDIATRICS, LTD.,    4137 North 108th Avenue,    Phoenix AZ 85037-5459
8284283*     Durango Park Homeowners Association,    PO BOX 62438,    Phoenix AZ 85082-2438
8284284*     FIRST PREMIER,    3820 North Louise Avenue,    Sioux Falls SD 57107-0145
8284285*    +GEMB/KIRKLANDS,    P. O. Box 981400,    El Paso TX 79998-1400
8284286*    +Lupe Aguirre,    6733 North 54th Drive #A,    Glendale AZ 85301-3337
8284287*    +Minnie Andrade,    6744 N 43rd Ave,    Glendale AZ 85301-3602
8284288*     North Valley Emergency Specialists LLC,    PO BOX 53026,    Phoenix AZ 85072-3026
8193841*     North Valley Emergency Specialists, LLC,    PO BOX 53026,    Phoenix AZ 85072-3026
8284289*     North Valley Emergency Specialists, LLC,    PO BOX 53026,    Phoenix AZ 85072-3026
8284290*     SAM'S DISCOVER CARD,    P. O. Box 960013,    Orlando FL 32896-0013
8284291*    +Southwest Diagnostic Imaging Affiliate,    Valley Radiologists,    2323 W Rose Garden Lane,
              Phoenix AZ 85027-2530
8284292*    +USAA MASTERCARD,    P. O. Box 14050,    Las Vegas NV 89114-4050
8284293*    +WELLS FARGO FINANCIAL,    P. O. Box 98791,    Las Vegas NV 89193-8791
8284294*    +WELLS FARGO FINANCIAL NATIONAL BANK,    800 Walnut Street, F4030-04C,    Des Moines IA 50309-3891
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
8284295*       WFFN/ Moon Valley Nursery,    P. O. Box 98796,    Las Vegas NV 89193-8796
                                                                                                TOTALS: 0, * 27
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**　　　　　　　　　　　　**Signature:**　　　/s/ Joseph Speetjens